**No. 67296.—Wedemann & Godknecht, Inc., a/c J. Eisenberg, Inc.** *v.* **United States,** protests 61/18360 and 61/18361 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic textile (acrylic) noils, the claim of the plaintiff was sustained.